**No. 57879.**—General Motors Overseas Operations and Baker Irons & Dockstader, Inc. *v.* United States, protests 211864–K and 213914–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of 2-watt carbon resistors, composed in chief value of metal, used chiefly as parts of radio apparatus, instruments, or devices, the claim of the plaintiffs was sustained.

**No. 57880.**—Distilled Brands, Inc., et al. *v.* United States, protests 214091–K, etc. (New York).

Opinion by JOHNSON, J. At the trial it was stipulated that the facts and issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested, not found, or not landed, not found, were not in fact received by the importers. In accordance with stipulation of counsel and following the decision cited it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as manifested, not found, or not landed, not found. The protests were sustained to this extent.

FEBRUARY 23, 1954

**No. 57881.**—G. L. Ramsey a/c Juvenile Mfg. Co. *v.* United States, protest 179444–K.— —C. D. 1571 corrected by deleting from the first line of the second paragraph of the syllabus the words "backs, sleeves, and collars or neckbands." In all other respects, motion of Government for rehearing denied.